**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1695

LANCINE M. KONATE,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General, U.S.
Postal Service,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-04-671-REP)

Submitted: September 27, 2005    Decided: September 30, 2005

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lancine M. Konate, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia; David George Karro, UNITED STATES POSTAL SERVICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lancine M. Konate appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Konate v. Potter, No. CA-04-671-REP (E.D. Va. May 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED